**Fill in this information to identify the case:**

Debtor name   **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2025**   X **/s/ Christopher Ivester**
                                    Signature of individual signing on behalf of debtor

                                    **Christopher Ivester**
                                    Printed name

                                    **Managing Member**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ivester's Tree & Lawn, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Bank 17650 NE Sandy Blvd Portland, OR 97230 | | 2018 Freightliner SD122 | | $181,000.00 | $98,500.00 | $82,500.00 |
| Kubota 3600 S Gessner Road, Ste. 225 Houston, TX 77063 | | 2024 Kubota KX-080-5 | | $146,000.00 | $80,000.00 | $66,000.00 |
| Rhinehart Oil Parkland USA Corp PO Box 913504 Denver, CO 80291-3504 | | Fuel | | | | $35,151.46 |
| Amur 304 W. 3rd Street PO Box 2555 Grand Island, NE 68801 | | 2024 Cooksawmill | | $115,000.00 | $80,000.00 | $35,000.00 |
| Blue Bridge 11921 Freedom Drive, Ste. 1130 Reston, VA 20190 | | 2005 Timbco 445 EXL | | $98,000.00 | $65,000.00 | $33,000.00 |
| Ritchie Bros. 2 Westbrook Corporate Center 10th Floor Westchester, IL 60154 | | 2012 John Deere 2154 D | | $84,000.00 | $55,000.00 | $29,000.00 |
| Allegiant PO Box 208561 Dallas, TX 75320-8561 | | 2021 Dodge Ram 4500 | | $55,000.00 | $27,000.00 | $28,000.00 |
| Allegiant PO Box 208561 Dallas, TX 75320-8561 | | 2024 Dyna SC16 Rapid Split | | $97,500.00 | $70,000.00 | $27,500.00 |

| Debtor | **Ivester's Tree & Lawn, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allegiant PO Box 208561 Dallas, TX 75320-8561 | | 2022 Bobcat L85 | | $70,000.00 | $50,000.00 | $20,000.00 |
| Allegiant PO Box 208561 Dallas, TX 75320-8561 | | 2022 Dodge Ram 5500 | | $75,000.00 | $55,000.00 | $20,000.00 |
| Kubota 3600 S Gessner Road, Ste. 225 Houston, TX 77063 | | 2024 Kubota U55-5 | | $86,000.00 | $67,000.00 | $19,000.00 |
| Allegiant PO Box 208561 Dallas, TX 75320-8561 | | 2018 Dodge Ram 2500 | | $30,000.00 | $14,000.00 | $16,000.00 |
| Mountain America Credit Union 9800 South Monroe Street Sandy, UT 84070 | | Credit Card | | | | $15,201.71 |
| Comenity PO Box 650967 Dallas, TX 75265-0967 | | Credit Card | | | | $15,000.00 |
| First Citizens 10201 Centurion Parkway N Jacksonville, FL 32256 | | 2023 Dodge Ram 2500 | | $75,000.00 | $62,000.00 | $13,000.00 |
| Zions Bank One South Main Street Salt Lake City, UT 84133 | | Credit Card | | | | $12,941.29 |
| PEAC Solutions 300 Fellowship Road Mount Laurel, NJ 08054 | | 2006 Caterpillar D5N | | $33,000.00 | $25,000.00 | $8,000.00 |
| Blue Bridge 11921 Freedom Drive, Ste. 1130 Reston, VA 20190 | | 2007 John Deere 748GIII | | $52,000.00 | $45,000.00 | $7,000.00 |
| Lease Consultants, Corp 10719 Justin Drive Urbandale, IA 50322 | | Landa Pressure Washer | | $10,000.00 | $5,000.00 | $5,000.00 |

Debtor   **Ivester's Tree & Lawn, LLC**                                   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Progressive Insurance 300 N Commons Blvd. Cleveland, OH 44143** | | **Insurance Policy** | **Disputed** | | | **$4,207.28** |

**Fill in this information to identify the case:**

Debtor name    **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................... $                 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................................ $     **1,017,446.61**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................. $     **1,017,446.61**

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **1,281,500.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $                 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$      **85,716.00**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b

$     **1,367,216.00**

**Fill in this information to identify the case:**

Debtor name     **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$302.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Mountain America Credit Union** | **Checking** | **1980** | **$97.36** |
| 3.2. | **Zions Bank** | **Checking** | **3946** | **$6,137.25** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       **$6,536.61**

**Part 2:**     Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:**     Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.

Debtor    **Ivester's Tree & Lawn, LLC**                                      Case number *(If known)*  _____
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|-----|-----|-----|-----|-----|-----|

11a. 90 days old or less:  **21,910.00**  -  **0.00**  = ....  **$21,910.00**
face amount                doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$21,910.00** |
|-----|-----|-----|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|-----|-----|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|-----|-----|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|-----|-----|-----|-----|
| **19. Raw materials** **LOGS** | 2/26/25 | **$30,000.00** | **Estimated** | **$30,000.00** |
| **20. Work in progress** **Mulching for Power Company** | 2/26/25 | **$50,000.00** | **Estimated** | **$50,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** **Home Heating Firewood** | 2/26/25 | **$20,000.00** | **Estimated** | **$20,000.00** |

| 23. | **Total of Part 5.** | **$100,000.00** |
|-----|-----|-----|

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|-----|-----|

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desk, Chair** | **$500.00** | **Estimated** | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer** | **$500.00** | **Estimated** | **$500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$1,000.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2023 Dodge Ram 2500** | **Unknown** | **N/A** | **$62,000.00** |
| 47.2. | **2022 Dodge Ram 5500** | **Unknown** | **N/A** | **$55,000.00** |
| 47.3. | **2021 Dodge Ram 4500** | **Unknown** | **N/A** | **$27,000.00** |

| Debtor | **Ivester's Tree & Lawn, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.4. | **2018 Dodge Ram 2500** | Unknown | N/A | $14,000.00 |
| 47.5. | **2011 Bandit 90XP** | Unknown | N/A | $3,000.00 |
| 47.6. | **2021 Bandit SG-40** | Unknown | N/A | $10,000.00 |
| 47.7. | **2022 Kubota SA35** | Unknown | N/A | $1,000.00 |
| 47.8. | **1991 Hitachi 270LC** | Unknown | N/A | $15,000.00 |
| 47.9. | **2018 Freightliner SD122** | Unknown | N/A | $98,500.00 |
| 47.10. | **2022 Bobcat L85** | Unknown | N/A | $50,000.00 |
| 47.11. | **2008 GMC C7500** | Unknown | N/A | $15,000.00 |
| 47.12. | **2024 Kubota KX-080-5** | Unknown | N/A | $80,000.00 |
| 47.13. | **2024 Kubota U55-5** | Unknown | N/A | $67,000.00 |
| 47.14. | **2007 John Deere 748GIII** | Unknown | N/A | $45,000.00 |
| 47.15. | **2005 Timbco 445 EXL** | Unknown | N/A | $65,000.00 |
| 47.16. | **2004 Link Belt 240 LX** | Unknown | N/A | $20,000.00 |
| 47.17. | **1976 Prentice 600 B** | Unknown | N/A | $5,000.00 |
| 47.18. | **2006 Caterpillar D5N** | Unknown | N/A | $25,000.00 |
| 47.19. | **2016 Magnum MLT-6SK** | Unknown | N/A | $2,500.00 |
| 47.20. | **2017 Multiquip** | Unknown | N/A | $2,500.00 |
| 47.21. | **2012 John Deere 2154 D** | Unknown | N/A | $55,000.00 |

Debtor   **Ivester's Tree & Lawn, LLC**                                      Case number *(If known)* _____
     Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | 2023 Flatbed Trailer | Unknown | $6,000.00 |
| 48.2. | 2024 Flatbed Trailer | Unknown | $4,000.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2024 Cooksawmill | Unknown | N/A | $80,000.00 |
| 2024 Dyna SC16 Rapid Split | Unknown | N/A | $70,000.00 |
| CMP Attachment | Unknown | N/A | $5,500.00 |
| Landa Pressure Washer | $0.00 | N/A | $5,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

|  |
|---|
| $888,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Ivester's Tree & Lawn, LLC**_____   Case number *(If known)* _____
       Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,536.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $21,910.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $888,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,017,446.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,017,446.61 |

**Fill in this information to identify the case:**

Debtor name     **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:     DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Allegiant** | **Describe debtor's property that is subject to a lien** | **$75,000.00** | **$55,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 208561**
**Dallas, TX 75320-8561**

Creditor's mailing address

**2022 Dodge Ram 5500**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22**
**Last 4 digits of account number**
**6872**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Allegiant** | **Describe debtor's property that is subject to a lien** | **$55,000.00** | **$27,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 208561**
**Dallas, TX 75320-8561**

Creditor's mailing address

**2021 Dodge Ram 4500**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/22**
**Last 4 digits of account number**
**3859**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Ivester's Tree & Lawn, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **No**
☐ Yes. Specify each creditor, including this creditor and their relative priority.

---

| 2.3 | **Allegiant** | Describe debtor's property that is subject to a lien | $30,000.00 | $14,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Dodge Ram 2500**

**PO Box 208561**
**Dallas, TX 75320-8561**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**07/22**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5113**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Allegiant** | Describe debtor's property that is subject to a lien | $70,000.00 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Bobcat L85**

**PO Box 208561**
**Dallas, TX 75320-8561**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ **No**
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**04/22**

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5997**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ **No**
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Allegiant** | Describe debtor's property that is subject to a lien | $97,500.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**2024 Dyna SC16 Rapid Split**

**PO Box 208561**
**Dallas, TX 75320-8561**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☐ **No**

---

Debtor    **Ivester's Tree & Lawn, LLC**                                    Case number (if known) _____
          _____
          Name

Creditor's email address, if known                    ☐ Yes
_____                       **Is anyone else liable on this claim?**

**Date debt was incurred**                            ☐ No
**02/24**
**Last 4 digits of account number**                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2918**
**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.6 | **Amur** | **Describe debtor's property that is subject to a lien** | $115,000.00 | $80,000.00 |

Creditor's Name                                       **2024 Cooksawmill**
**304 W. 3rd Street**
**PO Box 2555**
**Grand Island, NE 68801**
Creditor's mailing address                            **Describe the lien**
                                                      **Purchase Money Security**
                                                      **Is the creditor an insider or related party?**
                                                      ■ No
Creditor's email address, if known                    ☐ Yes
_____                       **Is anyone else liable on this claim?**

**Date debt was incurred**                            ■ No
**07/24**
**Last 4 digits of account number**                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7122**
**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.7 | **Blue Bridge** | **Describe debtor's property that is subject to a lien** | $52,000.00 | $45,000.00 |

Creditor's Name                                       **2007 John Deere 748GIII**
**11921 Freedom Drive, Ste.**
**1130**
**Reston, VA 20190**
Creditor's mailing address                            **Describe the lien**
                                                      **Purchase Money Security**
                                                      **Is the creditor an insider or related party?**
                                                      ■ No
Creditor's email address, if known                    ☐ Yes
_____                       **Is anyone else liable on this claim?**

**Date debt was incurred**                            ☐ No
**08/23**
**Last 4 digits of account number**                   ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4055**
**Do multiple creditors have an**                     **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                                                  ☐ Contingent
☐ Yes. Specify each creditor,                         ☐ Unliquidated
including this creditor and its relative              ☐ Disputed
priority.

---

| 2.8 | **Blue Bridge** | **Describe debtor's property that is subject to a lien** | $98,000.00 | $65,000.00 |

Debtor    **Ivester's Tree & Lawn, LLC**                                    Case number *(if known)*
_____
Name

| Creditor's Name | **2005 Timbco 445 EXL** |
|---|---|

**11921 Freedom Drive, Ste. 1130**
**Reston, VA 20190**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/23**
**Last 4 digits of account number**
**4055**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **First Citizens** | Describe debtor's property that is subject to a lien | $15,000.00 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name
**1991 Hitachi 270LC**

**11201 Centurion Parkway**
**Jacksonville, FL 32256**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22**
**Last 4 digits of account number**
**4128**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **First Citizens** | Describe debtor's property that is subject to a lien | $20,000.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name
**2004 Link Belt 240 LX**

**10201 Centurion Pkwy**
**Jacksonville, FL 32256**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/22**
**Last 4 digits of account number**
**4128**

Debtor   **Ivester's Tree & Lawn, LLC**                          Case number *(if known)* _____
_____
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|---|---|---|---|

**First Citizens**
Creditor's Name

**10201 Centurion Parkway**
**Jacksonville, FL 32256**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**11/22**

**Last 4 digits of account number**
**4128**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**1976 Prentice 600 B**                                    $5,000.00          $5,000.00

_____

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | |
|---|---|---|---|

**First Citizens**
Creditor's Name

**10201 Centurion Parkway N**
**Jacksonville, FL 32256**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**04/23**

**Last 4 digits of account number**
**4128**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**2023 Dodge Ram 2500**                                   $75,000.00         $62,000.00

_____

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | | | |
|---|---|---|---|

**Kubota**
Creditor's Name

**3800 S Gessner Road, Ste. 225**
**Houston, TX 77063**

**Describe debtor's property that is subject to a lien**
**2022 Kubota SA35**                                       $2,000.00          $1,000.00

---

Debtor   **Ivester's Tree & Lawn, LLC**

Name

Case number (if known)

---

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**Purchase Money Security** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **09/22** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0621** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 4 | **Kubota** | Describe debtor's property that is subject to a lien | $146,000.00 | $80,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Kubota KX-080-5** | | |

**3600 S Gessner Road, Ste. 225**
**Houston, TX 77063**

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**Purchase Money Security** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **03/24** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0621** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 5 | **Kubota** | Describe debtor's property that is subject to a lien | $86,000.00 | $67,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2024 Kubota U55-5** | | |

**3600 S Gessner Road, Ste. 225**
**Houston, TX 77063**

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**Purchase Money Security** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No<br>☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **01/24** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0621** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |

---

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Lease Consultants, Corp** | **Describe debtor's property that is subject to a lien** | $10,000.00 | $5,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**10719 Justin Drive**
**Urbandale, IA 50322**

Creditor's mailing address

**Landa Pressure Washer**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2024**
**Last 4 digits of account number**
**Ivester**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Mountain America Credit Union** | **Describe debtor's property that is subject to a lien** | $11,000.00 | $15,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**9800 South Monroe Street**
**Sandy, UT 84070**

Creditor's mailing address

**2008 GMC C7500**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/20**
**Last 4 digits of account number**
**0050**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **PEAC Solutions** | **Describe debtor's property that is subject to a lien** | $33,000.00 | $25,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Creditor's mailing address

**2006 Caterpillar D5N**

**Describe the lien**

**Purchase Money Security**

Debtor    **Ivester's Tree & Lawn, LLC**                                    Case number (if known)
_____                         _____
Name

|  |  |
|---|---|
| _____<br>Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**03/22**<br>**Last 4 digits of account number**<br>**2927** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.19** | **PEAC Solutions** | Describe debtor's property that is subject to a lien | $2,000.00 | $2,500.00
Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Magnum MLT-6SK**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/22**
**Last 4 digits of account number**
**2927**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20** | **PEAC Solutions** | Describe debtor's property that is subject to a lien | $2,000.00 | $2,500.00
Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 Multiquip**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/23**
**Last 4 digits of account number**
**2927**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Ivester's Tree & Lawn, LLC**                                    Case number (if known) _____
               Name

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 1 | **PEAC Solutions** | | **Unknown** | **$5,500.00** |

Creditor's Name

**300 Fellowship Road**
**Mount Laurel, NJ 08054**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**CMP Attachment**

_____

Creditor's email address, if known

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**03/2022**

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2927**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 2 | **Ritchie Bros.** | | **$84,000.00** | **$55,000.00** |

Creditor's Name

**2 Westbrook Corporate**
**Center**
**10th Floor**
**Westchester, IL 60154**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2012 John Deere 2154 D**

_____

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Date debt was incurred**
**07/23**

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Ivester**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.2 3 | **Umpqua** | | **$3,000.00** | **$3,000.00** |

Creditor's Name

**3455 S 344th Way, Ste. 300**
**Auburn, WA 98001**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2011 Bandit 90XP**

_____

**Describe the lien**

---

Debtor   **Ivester's Tree & Lawn, LLC**                              Case number *(if known)* _____
_____
Name

**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
_____
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**03/20**
■ No

**Last 4 digits of account number**
**5301**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Umpqua** | Describe debtor's property that is subject to a lien | $14,000.00 | $10,000.00 |

Creditor's Name
**2021 Bandit SG-40**

**3455 S 344th Way, Ste 300
Auburn, WA 98001**
_____
Creditor's mailing address
**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
_____
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/21**
■ No

**Last 4 digits of account number**
**5302**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **US Bank** | Describe debtor's property that is subject to a lien | $181,000.00 | $98,500.00 |

Creditor's Name
**2018 Freightliner SD122**

**17650 NE Sandy Blvd
Portland, OR 97230**
_____
Creditor's mailing address
**Describe the lien**
**Purchase Money Security**
_____
**Is the creditor an insider or related party?**
_____
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/23**
■ No

**Last 4 digits of account number**
**4000**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Ivester's Tree & Lawn, LLC**                                        Case number (if known) _____
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$1,281,500.0
0** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Financial Pacific Leasing, Inc.**<br>**PO Box 4568**<br>**Federal Way, WA 98063** | Line __2.23__ | **Ivester** |
| **Financial Pacific Leasing, Inc.**<br>**PO Box 4568**<br>**Federal Way, WA 98063** | Line __2.24__ | **Ivester** |

**Fill in this information to identify the case:**

Debtor name __**Ivester's Tree & Lawn, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**IRS Special Procedures**
**50 S. 200 East**
**Mail Stop 5021**
**Salt Lake City, UT 84111**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Utah State Tax Commission**
**Attn: Michelle Riggs**
**210 North 1950 West**
**Salt Lake City, UT 84134**

As of the petition filing date, the claim is:     **$0.00**     **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Ivester's Tree & Lawn, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.1**

**Nonpriority creditor's name and mailing address**
**Carquest Auto Parts**
**25 East Hwy 40**
**Roosevelt, UT 84066**

Date(s) debt was incurred **2025**

Last 4 digits of account number **3439**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Parts**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,214.26**

---

**3.2**

**Nonpriority creditor's name and mailing address**
**Comenity**
**PO Box 650967**
**Dallas, TX 75265-0967**

Date(s) debt was incurred **2025**

Last 4 digits of account number **4946**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,000.00**

---

**3.3**

**Nonpriority creditor's name and mailing address**
**Financial Pacific Leasing, Inc.**
**PO Box 4568**
**Federal Way, WA 98063**

Date(s) debt was incurred **2024**

Last 4 digits of account number **5302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.4**

**Nonpriority creditor's name and mailing address**
**Mountain America Credit Union**
**9800 South Monroe Street**
**Sandy, UT 84070**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7560**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,201.71**

---

**3.5**

**Nonpriority creditor's name and mailing address**
**Progressive Insurance**
**300 N Commons Blvd.**
**Cleveland, OH 44143**

Date(s) debt was incurred **2025**

Last 4 digits of account number **3947**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Insurance Policy**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,207.28**

---

**3.6**

**Nonpriority creditor's name and mailing address**
**Rhinehart Oil**
**Parkland USA Corp**
**PO Box 913504**
**Denver, CO 80291-3504**

Date(s) debt was incurred **2023-2025**

Last 4 digits of account number **5324**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Fuel**

Is the claim subject to offset? ☑ No ☐ Yes

**$35,151.46**

---

**3.7**

**Nonpriority creditor's name and mailing address**
**Zions Bank**
**One South Main Street**
**Salt Lake City, UT 84133**

Date(s) debt was incurred **2024**

Last 4 digits of account number **2539**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,941.29**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Ivester's Tree & Lawn, LLC** | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|
| | Name | | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 85,716.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 85,716.00 |

**Fill in this information to identify the case:**

Debtor name    **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **10 acres adjacent to facility** | |
| State the term remaining   **3 years** | **Crescent Uinta, LLC** |
| List the contract number of any government contract | **Attn. NEU Land Department** **633 North State Hwy 161, Suite 500** **Irving, TX 75038** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Warehouse in Tooele** | |
| State the term remaining   **Expires 1/1/2026** | **Ninigret Depot LLC** |
| List the contract number of any government contract | **1700 South 4650 West** **Salt Lake City, UT 84104** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Timbersale Contract** | |
| State the term remaining   **Until 10/31/25** | **SITLA** **Adam Robison** |
| List the contract number of any government contract   **TA891** | **319 Carbonville Road** **Price, UT 84501** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Timbersale Contract** | |
| State the term remaining   **Until 3/31/28** | **USFS** **Wes McPhie** |
| List the contract number of any government contract   **016506** | **355 North Vernal Avenue** **Vernal, UT 84078** |

**Fill in this information to identify the case:**

Debtor name    **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Christopher Ivester** | **5161 S Hwy 87 HC 65 Box 215 Duchesne, UT 84021** | **Allegiant** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Christopher Ivester** | **5161 S Hwy 87 HC 65 Box 215 Duchesne, UT 84021** | **Allegiant** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Christopher Ivester** | **5161 S Hwy 87 HC 65 Box 215 Duchesne, UT 84021** | **Allegiant** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Christopher Ivester** | **5161 S Hwy 87 HC 65 Box 215 Duchesne, UT 84021** | **Allegiant** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* | |
|---|---|---|---|

�**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **Allegiant** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **Blue Bridge** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **Blue Bridge** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **First Citizens** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **First Citizens** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **First Citizens** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Christopher Ivester** | **5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **First Citizens** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|

| 2.12 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Mountain America Credit Union** | ■ D __2.17__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Ritchie Bros.** | ■ D __2.22__<br>☐ E/F ____<br>☐ G ____ |
| 2.14 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Kubota** | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Kubota** | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Kubota** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Christopher Ivester** | 5161 S Hwy 87<br>HC 65 Box 215<br>Duchesne, UT 84021 | **Ninigret Depot LLC** | ☐ D ____<br>☐ E/F ____<br>■ G __2.2__ |

**Fill in this information to identify the case:**

Debtor name  **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the:  DISTRICT OF UTAH

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$100,000.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | **$1,098,159.58** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$681,361.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Ivester's Tree & Lawn, LLC** | | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Diaz and Larsen**<br>**757 E. South Temple**<br>**Suite 201**<br>**Salt Lake City, UT 84102** | | **2/27/2025** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

---

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* |
|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
| --- | --- |

| Debtor | Ivester's Tree & Lawn, LLC | Case number (if known) | |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **UpperCountry MBT** **PO Box 265** **Duchesne, UT 84021** | **03/24/22 - PResent** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **UpperCountry MBT** **PO Box 265** **Duchesne, UT 84021** | **03/24/22 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **UpperCountry MBT** **PO Box 265** **Duchesne, UT 84021** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Christopher Ivester** | **2/26/2025** | **See Schedule A/B Part 5 above** |
| | Name and address of the person who has possession of inventory records | | |
| | **Ivester's Tree & Lawn, LLC** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher Ivester** | **5161 S Hwy 87** **HC 65 Box 215** **Duchesne, UT 84021** | **Managing Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Ivester's Tree & Lawn, LLC** | Case number *(if known)* | |

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Christopher Ivester**<br>**5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **Approximately $40,000.00** | **Last 12 months** | **Employment Services Rendered and Distributions** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**April 11, 2025**___

**/s/ Christopher Ivester**
Signature of individual signing on behalf of the debtor

**Christopher Ivester**
Printed name

Position or relationship to debtor  **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Utah

In re   **Ivester's Tree & Lawn, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Ivester**<br>**5161 S Hwy 87**<br>**HC 65 Box 215**<br>**Duchesne, UT 84021** | **Member** | **100%** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 11, 2025**

Signature   **/s/ Christopher Ivester**

**Christopher Ivester**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Utah

In re   **Ivester's Tree & Lawn, LLC**              Case No. _____

                                 Debtor(s)       Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 11, 2025** _____       **/s/ Christopher Ivester** _____

                                                  **Christopher Ivester**/**Managing Member**

                                                  Signer/Title

# United States Bankruptcy Court
### District of Utah

In re   **Ivester's Tree & Lawn, LLC**
                                           Case No.
                                    Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ivester's Tree & Lawn, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 11, 2025**
Date

**/s/ Andres Diaz**
**Andres Diaz 4309**
Signature of Attorney or Litigant
Counsel for   **Ivester's Tree & Lawn, LLC**
**Diaz & Larsen**
**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
**(801)596-1661 Fax:(801) 359-6803**
**courtmail@adexpresslaw.com**