David W. Newman (USB #15901)
Assistant United States Trustee
Melinda P. Willden (USB #8533)
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
Washington Federal Bank Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111
Telephone: (801) 524-5734
E-mail: Melinda.Willden@usdoj.gov

Attorneys for Gregory M. Garvin
Acting United States Trustee, Region 19

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 25-21998 |
|---|---|
| IVESTER'S TREE & LAWN, LLC, | Chapter 11 |
| Debtor. | Hon. Peggy Hunt |

## MINUTES OF MEETING OF CREDITORS

Date of Meeting: May 9, 2025                                          Location of Meeting: Telephonic

**Appearances:**
For the Debtor(s): Chris Ivester, Debtor's Principal  ☒ Present  ☐ Not present
Debtor's attorney: Andres' Diaz, Diaz & Larsen  ☒ Present  ☐ Not present ☐ *Pro Se*

☒ Debtor(s) acknowledged receipt of the United States Trustee's chapter 11 guidelines.

**Debtor Identification Issues:** ☒ None
☐ No Photo ID.                              ☐ ID does not match petition.
☐ No proof of SSN                           ☐ Debtor to file amended petition.

**Action Items:** ☒ None
☐ Seek dismissal for:

☐ Non-appearance of Debtor.
☐ ID does not match petition.
☐ Other:

**Creditor's Committee Appointed?**
☐ Yes
☒ No, not applicable in a Subchapter V case

**Meeting Concluded or Continued?**
☒ Meeting concluded.
☐ No. Meeting continued to _____

**Directives Issued?**
☐ Yes, _____
☒ No

**Creditors and other parties appearing:**
None

**Additional Information**:
N/A

Date:  May 22, 2025                    ACTING UNITED STATES TRUSTEE
                                       Gregory M. Garvin


                              By: /s/ *Melinda P. Willden*
                                  Melinda P. Willden
                                  Attorney for the Acting United States Trustee