UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: _Ivestor's Tree & Lawn, LLC_

Debtor(s).

Case No. _25-21998_
Chapter _11 (Sub V)_
Trustee: _Brian M. Rothschild_

## AMENDMENT DECLARATION

Please circle or underline amended material where appropriate

1. PETITION: [ ]   REOPENING: Yes [ ] No [ ]   CONVERSION (13 to 7): Yes [ ] No [ ]
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A [ ] B [X] C [ ] D [ ] E [ ] F [ ] G [ ] H [ ] I [ ] J [ ]
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing [ ]   Adding [ ]   ($30 amendment fee required for D, E, & F; OR [ ] IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: [X]
4. STATEMENT OF AFFAIRS: [ ]
5. AMENDED CHAPTER 13 PLAN: [ ]

---

If you have amended schedules D, E, F by adding a creditor, you owe $31.00 amendment fee. Fee attached _____

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached [ ]
Reason no fee is attached _____

---

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

_/s/_  6/26/2025
Debtor / Date                              Debtor / Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes [X] No [ ]

_/s/ Andres Diaz_
ATTORNEY FOR DEBTOR(S)

---

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

[ ] 341 Notice to creditors added by this amendment.
[ ] Discharge Notice to creditors added by this amendment.
[ ] Amended Chapter 13 Plan to all creditors.

DATED _____                    ATTORNEY FOR DEBTOR(S) _____

Rev 12/16

Fill in this information to identify the case:

Debtor name: **Ivester's Tree & Lawn, LLC**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known): **25-21998**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. **Cash on hand**    $302.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Mountain America Credit Union | Checking | 1980 | $97.36 |
   | 3.2. Zions Bank | Checking | 3946 | $6,137.25 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $6,536.61
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Debtor **Ivester's Tree & Lawn, LLC**　　　　　　　　　　　Case number (If known) **25-21998**
　　　　Name

■ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less:　　**21,910.00**　　-　　　　**0.00**　　= ....　　　　**$21,910.00**
　　　　　　　　　　　　　face amount　　　　　　doubtful or uncollectible accounts

**12. Total of Part 3.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$21,910.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **LOGS** | 2/26/25 | $30,000.00 | Estimated | $30,000.00 |
| 20. | Work in progress **Mulching for Power Company** | 2/26/25 | $50,000.00 | Estimated | $50,000.00 |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Home Heating Firewood** | 2/26/25 | $20,000.00 | Estimated | $20,000.00 |

**23. Total of Part 5.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$100,000.00**

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value　　　　　　Valuation method　　　　　　Current Value

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 2

Debtor   **Ivester's Tree & Lawn, LLC**                                  Case number *(If known)* **25-21998**
         Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, Chair** | $500.00 | Estimated | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer** | $500.00 | Estimated | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                                                     **$1,000.00**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | **2023 Dodge Ram 2500** | Unknown | N/A | $62,000.00 |
| 47.2. | **2022 Dodge Ram 5500** | Unknown | N/A | $55,000.00 |
| 47.3. | **2021 Dodge Ram 4500** | Unknown | N/A | $27,000.00 |

Debtor   **Ivester's Tree & Lawn, LLC**                               Case number *(If known)* **25-21998**
Name

| | | | | |
|---|---|---|---|---|
| 47.4. | 2018 Dodge Ram 2500 | Unknown | N/A | $14,000.00 |
| 47.5. | 2011 Bandit 90XP | Unknown | N/A | $3,000.00 |
| 47.6. | 2021 Bandit SG-40 | Unknown | N/A | $10,000.00 |
| 47.7. | 2022 Kubota SA35 | Unknown | N/A | $1,000.00 |
| 47.8. | 1991 Hitachi 270LC | Unknown | N/A | $15,000.00 |
| 47.9. | 2018 Freightliner SD122 | Unknown | N/A | $98,500.00 |
| 47.10 | 2022 Bobcat L85 | Unknown | N/A | $50,000.00 |
| 47.11 | 2008 GMC C7500 | Unknown | N/A | $15,000.00 |
| 47.12 | 2024 Kubota KX-080-5 | Unknown | N/A | $80,000.00 |
| 47.13 | 2024 Kubota U55-5 | Unknown | N/A | $67,000.00 |
| 47.14 | 2007 John Deere 748GIII | Unknown | N/A | $45,000.00 |
| 47.15 | 2005 Timbco 445 EXL | Unknown | N/A | $65,000.00 |
| 47.16 | 2004 Link Belt 240 LX | Unknown | N/A | $20,000.00 |
| 47.17 | 1976 Prentice 600 B | Unknown | N/A | $5,000.00 |
| 47.18 | 2006 Caterpillar D5N | Unknown | N/A | $25,000.00 |
| 47.19 | 2016 Magnum MLT-6SK | Unknown | N/A | $2,500.00 |
| 47.20 | 2017 Multiquip | Unknown | N/A | $2,500.00 |
| 47.21 | 2012 John Deere 2154 D | Unknown | N/A | $55,000.00 |

Debtor  **Ivester's Tree & Lawn, LLC**                                          Case number (if known) **25-21998**
        Name

| | | | | |
|---|---|---|---|---|
| 47.22 | 1989 Kenworth Tractor Truck | Unknown | Recent cost | $18,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | 2023 Flatbed Trailer | Unknown | | $6,000.00 |
| 48.2 | 2024 Flatbed Trailer | Unknown | | $4,000.00 |

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2024 Cooksawmill | Unknown | N/A | $80,000.00 |
| 2024 Dyna SC16 Rapid Split | Unknown | N/A | $70,000.00 |
| CMP Attachment | Unknown | N/A | $5,500.00 |
| Landa Pressure Washer | $0.00 | N/A | $5,000.00 |

51. **Total of Part 8.**                                                                     **$906,500.00**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9:   Real property
54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

| Debtor | Ivester's Tree & Lawn, LLC | Case number (If known) 25-21998 |
|---|---|---|
| | Name | |

Debtor __Ivester's Tree & Lawn, LLC__   Case number *(If known)* __25-21998__
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $6,536.61 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $21,910.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $100,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $1,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $906,500.00 | |
| 88. Real property. *Copy line 56, Part 9.*..........> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $1,035,946.61 +91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,035,946.61 |