Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>    HC 65 Box 215<br>    Duchesne, UT 84021<br><br><br><br><br><br>Debtor in Possession. | Bankruptcy No.  25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY<br><br>Judge Peggy Hunt |

MOTION FOR ORDER FIXING TIMES AND DATES IN SUBCHAPTER V CASE IN
WHICH THERE IS NO DISCLOSURE STATEMENT PURSUANT TO RULE 3017.2 OF THE
RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 3017.2 of the Rules of Bankruptcy Procedure, the Debtor and Debtor in Possession, Ivester's Tree & Lawn, LLC. (the "Debtor"), by and through its attorneys of record, hereby moves the Court to fix times and dates in this case.  In support of its Motion, the Debtor asserts the following:

1. On April 11, 2025, (the "Petition Date"), the Debtor commenced its voluntary case under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. Section 1125 does not apply to these cases inasmuch as the Court has not required a

    disclosure statement to be filed.

3.    In accordance with Section 1189 of the Bankruptcy Code, the Debtor timely filed its proposed initial Plan of Reorganization Dated July 14, 2025 (the "Plan").

WHEREFORE, the Debtor respectfully requests that the Court fix the following times and dates:

(a) Fix a time within which the holders of claims and interest may accept or reject the Plan.

(b) Fix a time within which parties in interest may object to confirmation of the Plan.

(c) Fix a date for the hearing on confirmation.

(d) Fix a date for transmission of the Plan and ballots, notice of the time within which the holders of claims and interests may accept or reject the Plan, notice of the time within which parties in interest may object to confirmation of the Plan and notice of the date for the hearing on confirmation.

Dated: July 16, 2025

                                              DIAZ & LARSEN

                                              By: /s/ Andres Diaz
                                              Attorneys for the Debtor in Possession