Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re:<br><br>IVESTER'S TREE & LAWN, LLC<br><br><br>Debtor in Possession. | Bankruptcy No.25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY<br><br>Hon. Peggy Hunt |
|---|---|

### REPORT OF BALLOTING FOR DEBTOR'S PLAN OF REORGANIZATION
### DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree & Lawn, LLC. (the "Debtor"), by and through its counsel of record in the above-captioned bankruptcy case, hereby submits the following Report of Balloting for the Debtor's Plan of Reorganization Dated July 14, 2025, as Modified (the "Plan"). With the exception of the Blue Bridge Financial, Inc., the original ballots were filed with Diaz & Larsen. The Summary of the Ballots is attached hereto. The attached Summary shows:

1.   **Class 1 (Blue Bridge Financial, Inc).** The creditor in this Class did not file a ballot but did file an objection to confirmation of the Plan. The Debtor and Blue Bridge have reached an agreement changing the interest rate that the Debtor will

pay on Blue Bridge's secured claim to 8% per annum.  With that change, Blue

Bridge has agreed to withdraw its objection to confirmation.  Without filing a

ballot and now that the objection will be withdrawn, pursuant to *In re Ruti*

*Sweetwater*, 836 F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted

the Plan.

2.    **Class 2 (Marlin Leasing Corp/PEAC)**. The creditor in this Class did not file a

ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836

F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan.

3.    **Class 3 (Lease Consultants Corporation).**  The creditor in this Class filed a

ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the

Plan.

4.    **Class 4 (Financial Pacific Leasing/Umpqua)**. The creditor in this Class filed a

ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the

Plan.

5.    **Class 5 (Financial Pacific Leasing/Umpqua)**. The creditor in this Class filed a

ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the

Plan.

6.    **Class 6 (US Bank, NA)**. The creditor in this Class filed a ballot accepting the

Plan; thus, 100 % of the ballots in this Class accepted the Plan.

7.     **Class 7 (Kubota)** The creditor in this Class did not file a ballot or an objection to

the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988),

this Class is deemed to have accepted the Plan.

8.     **Class 8 (Kubota)**. The creditor in this Class did not file a ballot but did file a late

objection to confirmation of the Plan. The Debtor and Kubota have reached an

agreement changing the amount of Kubota's secured claim to $86,000.00 plus

interest at the rate of 1.99% per annum. With those changes Kubota has agreed to

withdraw its objection to confirmation. Without filing a ballot and now that the

objection will be withdrawn, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263

(10th Cir. 1988), this Class is deemed to have accepted the Plan.

9.     **Class 9 (Financial Pacific Leasing/Allegiant)**. The creditor in this Class filed a

ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the

Plan.

10.    **Class 10 (Huntington National Bank)**. The creditor in this Class filed a ballot

accepting the Plan; thus, 100 % of the ballots in this Class accepted the Plan.

11.    **Class 11 (Amur)**. The creditor in this Class did not file a ballot or an objection to

the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988),

this Class is deemed to have accepted the Plan.

12.    **Class 12 (Mountain America Credit Union)**. The creditor in this Class filed a

ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the

Plan.

13.    **Class 13 (First Citizens Bank & Trust)**. The creditor in this Class did not file a

ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836

F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan

14.    **Class 14 (First Citizens Bank & Trust)**. The creditor in this Class did not file a

ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan.

15.    **Class 15 (First Citizens Bank & Trust)**. The creditor in this Class did not file a ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan.

16.    **Class 16 (AP Equipment Leasing)**. The creditor in this Class filed a ballot accepting the Plan; thus, 100 % of the ballots in this Class accepted the Plan.

17.    **Class 17 (Allegiant)**. The creditor in this Class did not file a ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan.

18.    **Class 18 (This Class was intentionally left blank)**.

19.    **Class 19 (Allegiant)**. The creditor in this Class did not file a ballot or an objection to the Plan; thus, pursuant to *In re Ruti Sweetwater*, 836 F.2d 1263 (10th Cir. 1988), this Class is deemed to have accepted the Plan.

20.    **Class 20 (Nonpriority Unsecured Creditors)**.  With Blue Bridge's agreement to change its vote to accept the Plan, all of the creditors in this Class that filed a ballot accepted the Plan; thus, 100 % of the ballots in this Class accepted the Plan.

21.    **Class 21 (Interests)**.  Christopher Ivester filed a ballot accepting the Plan; thus, 100% of the ballots in this Class accepted the Plan.

DATED this 19th day of September 2025.

DIAZ & LARSEN

By: /s/ Andres Diaz_____
Attorneys for the Debtor in Possession

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September 2025, a true and correct copy of the

foregoing REPORT OF BALLOTING ON DEBTOR'S PLAN OF REORGANIZATION

DATED JUNE 4, 2024, AS MODIFIED, (without attached ballots) was delivered to the

following via ECF:

- **Angela Jean Clifford    angela.clifford@usdoj.gov,
  lacey.kiger@usdoj.gov;CaseView.ECF@usdoj.gov;sonnee.alden@usdoj.gov**
- 
- **P. Matthew Cox    mcox@spencerfane.com,
  ecall@spencerfane.com;mwatson@spencerfane.com**

- **Bret R Evans    brevans@swlaw.com,
  jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com**

- **David H. Leigh    dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com**

- **Kami L. Peterson    Kami.Peterson@zionsbancorp.com,
  Deanne.Koecher@zionsbancorp.com;Marlene.Gualtieri@zionsbancorp.com;amy.ke
  el@zionsbancorp.com**

- **George W. Pratt    gpratt@buchalter.com, nbottema@buchalter.com**

- **Brian M. Rothschild tr    brothschild@parsonsbehle.com,
  ecf@parsonsbehle.com,docket@parsonsbehle.com;ecf.alert+Rothschild@titlexi.com
  ;cbmr11@trustesolutions.net**

- **United States Trustee    USTPRegion19.SK.ECF@usdoj.gov**

- **Aaron M. Waite    aaronmwaite@agutah.gov**

- **Melinda Willden tr    melinda.willden@usdoj.gov,
  Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj
  .gov;Brittany.Dewitt@usdoj.gov**

I further certify that on this 19th day of September 2025, I caused a true and correct copy of the foregoing REPORT OF BALLOTING ON DEBTOR'S PLAN OF REORGANIZATION DATED JUNE 4, 2024, AS MODIFIED, (without attached ballots)  to be mailed by first-class U.S. Mail, postage prepaid, or as otherwise indicated to each of the parties listed on the Matrix attached to the original only of this document.

_____ /s/ Andres Diaz

**SUMMARY OF THE BALLOTS**
**IVESTER'S TREE & LAWN, LLC**
**BANKRUPTCY CASE NO. 25-21998**

| CLASS*/CREDITOR | SCHEDULED AMOUNT | CLAIM AMOUNT | CLAIM NO. | ESTIMATED ALLOWED AMOUNT | BALLOT NO. | BALLOT AMOUNT | ACCEPT | REJECT | |
|---|---|---|---|---|---|---|---|---|---|
| **SECURED CLAIMS:** | | | | | | | | | |
| CLASS 1 — Blue Bridge Financial Inc | $110,000.00 | $175,000.00 | 3 | $110,000.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 2 — Marlin Leasing Corporation/PEAC | $35,500.00 | $49,250.00 | 4 | $35,500.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 3 — Lease Consultants Corporation | $5,000.00 | $6,776.34 | 5 | $6,776.34 | 2 | $6,776.34 | X | | |
| CLASS 4 — Financial Pacific Leasing/Umpqua | $3,000.00 | $2,452.34 | 6 | $2,452.34 | 8 | $2,452.34 | X | | |
| CLASS 5 — Financial Pacific Leasing /Umpqua | $10,000.00 | $12,013.91 | 7 | $10,000.00 | 9 | $10,000.00 | X | | |
| CLASS 6 — US Bank, NA | $98,500.00 | $80,000.00 | 8 | $89,000.00 | 6 | $89,000.00 | X | | |
| CLASS 7 — Kubota | $67,000.00 | $59,947.13 | 10 | $59,947.13 | N/A | N/A | | | No Ballot Filed |
| CLASS 8 — Kubota | $80,000.00 | $92,178.58 | 11 | $86,000.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 9 — Financial Pacific Leasing/Allegiant | $27,000.00 | $42,255.90 | 12 | $27,000.00 | 10 | $27,000.00 | X | | |
| CLASS 10 — Huntington National Bank | $50,000.00 | $53,212.94 | 13 | $53,212.94 | | $53,212.94 | X | | |
| CLASS 11 — Amur | $80,000.00 | $47,300.00 | 14 | $47,300.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 12 — Mountain America Credit Union | $15,000.00 | $13,938.38 | 15 | $13,398.38 | 1 | $13,938.38 | X | | |
| CLASS 13 — First Citizens Bank & Trust | $25,921.00 | $71,486.77 | 16 | $25,921.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 14 — First Citizens Bank & Trust | $59,423.00 | $70,347.30 | 17 | $59,423.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 15 — First Citizens Bank & Trust | $18,975.00 | $71,993.99 | 18 | $18,975.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 16 — AP Equipment Leasing | $64,605.38 | $66,605.38 | 23,24 and 25 | $64,605.38 | 4 | $64,605.38 | X | | |
| CLASS 17 — Allegiant | $55,000.00 | No Claim Filed | | $55,000.00 | N/A | N/A | | | No Ballot Filed |
| CLASS 18 — Allegiant | $14,000.00 | No Claim Filed | | $7,500.00 | N/A | N/A | | | No Ballot Filed |
| **TOTAL:** | $409,000.00 | $477,618.30 | | $389,675.81 | | | | | |
| **UNCLASSIFIED PRIORITY UNSECURED CLAIMS:** | | | | | | | | | |
| IRS | $0.00 | $38,902.77 | 21 | $0.00 | N/A | N/A | | ** | No Ballot Filed |
| USTC | $0.00 | $2,479.88 | 1 | $0.00 | N/A | N/A | | *** | No Ballot Filed |
| **TOTAL:** | $0.00 | $41,382.65 | | $0.00 | N/A | N/A | | | No Ballot Filed |
| **UNSECURED CLAIMS** | | | | | | | | | |
| **CLASS 20** | | | | | | | | | |
| Carquest Auto Parts | $3,214.26 | No Claim Filed | | $3,214.26 | | | | | No Ballot Filed |
| Comenity | $15,000.00 | No Claim Filed | | $15,000.00 | | | | | No Ballot Filed |
| First Citizens Bank & Trust | $3,728.35 | $3,728.35 | 19 | $3,728.35 | | | | | No Ballot Filed |
| AP Equipment Leasing | $73,209.27 | $73,209.27 | 23,24 and 25 | $73,209.27 | 5 | $73,209.27 | X | | |
| US Bank, NA | $98,195.02 | $98,195.02 | 8 | $98,195.02 | 7 | $98,195.02 | X | | |
| Financial Pacific Leasing/ Umpqua-Allegiant | $17,269.81 | $17,269.81 | 6,7 and 12 | $17,269.81 | 11 | $17,269.81 | X | | |
| Blue Bridge Financial, Inc. | $95,432.80 | $95,432.80 | 3 | $95,432.80 | 12 | $95,432.80 | X | **** | |
| MACU | $14,944.73 | $14,944.73 | 20 | $14,944.73 | | | | | No Ballot Filed |
| Progressive Insurance | $4,207.28 | No Claim Filed | | $4,207.28 | N/A | N/A | | | No Ballot Filed |
| Rinehart Oil | $35,151.46 | No Claim Filed | | $35,151.46 | N/A | N/A | | | No Ballot Filed |
| Uline | $2,738.35 | $2,738.35 | 2 | $2,738.35 | N/A | N/A | | | No Ballot Filed |
| Zions Bank | $6,784.04 | $6,784.04 | 9 | $6,784.04 | N/A | N/A | | | No Ballot Filed |
| USTC | $0.00 | $2,160.78 | 1 | $0.00 | N/A | N/A | | ***** | No Ballot Filed |
| IRS | $0.00 | $24,879.86 | 21 | $0.00 | N/A | N/A | | ****** | No Ballot Filed |
| **TOTAL:** | $369,875.37 | $314,463.15 | | $369,875.37 | | $284,106.90 | | | |
| **EQUITY INTERESTS:** | | | | | | | | | |
| **CLASS 21** | | | | | | | | | |
| Christopher Ivester | N/A | N/A | N/A | N/A | 13 | N/A | X | | |

*For drafting convenience Class 19 was "Intentionally Left Blank".

**This CLAIM was not treated in the Plan. However, the Debtor has amended the Plan to treat this CLAIM as a disputed CLAIM. If eventually allowed, the Debtor will treat this CLAIM in accordance with 11 U.S.C. §1129(a)(9)(C). The IRS did not object to confirmation of the Plan.

***This is a disputed CLAIM. However, the Debtor has modified the Plan to indicate that if allowed, the Debtor will treat this CLAIM in accordance with 11 U.S.C. §1129(a)(9)(C). This treatment satisfied the USTC's Objection to Confirmation

****Blue Bridge initially filed a rejecting ballot for its Class 20 Claim. The Debtor and Blue Bridge have reached an agreement whereby the Debtor will increase the overall return to creditors in Class 20 to $100,000, and Blue Bridge agreed to change its ballot to accept the Plan.

***** This is a disputed CLAIM. If eventually allowed the Debtor shall treat this CLAIM the same as all other CLAIMS in CLASS 20

****** This is a disputed CLAIM. If eventually allowed the Debtor shall treat this CLAIM the same as all other CLAIMS in CLASS 20

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
DIAZ & LARSEN
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at DIAZ AND LARSEN 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Mountain America Credit Union**, the holder of a **Class 12** claim against the Debtor in the amount of **$13,938.38**, as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 08/26/2025

Print or type name:  Shelisa Goates

Signature:

Title (if corporation or partnership):  Sr. Bankruptcy Specialist

Address:   Mountain America Credit Union
           Attn: Asset Management/Bankruptcy
           PO Box 2331
           Sandy, UT 84091


**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111


**AND KEEP A COPY FOR YOUR RECORDS.**

3

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
## DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L. Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102, Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a specific class under the Plan. If you hold claims or equity interest in more**

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before <u>4:30 p.m., Mountain Time, on September 15, 2025,</u> for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Lease Consultants Corporation,** the holder of a **Class 3** claim against the Debtor in the amount of **$6,776.34,** as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: _8/27/25_

Print or type name: _Tony Holland_____

Signature: _Tony Holland_____

Title (if corporation or partnership): _Collection Manager_

Address:


**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
DIAZ & LARSEN
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111


**AND KEEP A COPY FOR YOUR RECORDS.**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: IVESTER'S TREE & LAWN, LLC HC 65 Box 215 Duchesne, UT 84021 | Bankruptcy No. 25-21998 Chapter 11 (Subchapter V) |
|---|---|
| | Trustee (Brian M. Rothschild) |
| | FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L. Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102, Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before <u>4:30 p.m., Mountain Time, on September 15, 2025</u>, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Huntington Nation Bank/Allegiant Equipment Finance** the holder of a **Class 10** claim against the Debtor in the amount of **$53,212.94**, as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 8/26/25

Print or type name: Eudora F. S. Arthur on behalf of The Huntington National Bank

Signature: _____

Title (if corporation or partnership): Counsel

Address: The Huntington National Bank c/o Eudora Arthur
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

## RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

## WITH A COPY TO:

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

## AND KEEP A COPY FOR YOUR RECORDS.

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| --- | --- |
| Debtor in Possession. | Hon. Peggy Hunt |

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1



than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **AP Equipment Leasing**, the holder of a **Class 16** claim against the Debtor in the amount of **$64,605.38**, as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 9/3/2025

Print or type name: David Jueschke

Signature: _____

Title (if corporation or partnership): SVP-Portfolio Servicing

Address:    360 SW Bond Street, Ste 340, Bend, OR 97702

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
DIAZ & LARSEN
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
|---|---|
| Debtor in Possession. | Hon. Peggy Hunt |

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at DIAZ AND LARSEN 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1

⑤

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **AP Equipment Leasing**, the holder of a **Class 20** claim against the Debtor in the amount of **$73,209.27**, as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 9/3/2025

Print or type name: David Jueschke

Signature:

Title (if corporation or partnership): SVP-Portfolio Servicing

Address: 360 SW Bond Street, Ste 340, Bend, OR 97702

## RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

## AND KEEP A COPY FOR YOUR RECORDS.

3

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
### DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**



than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before **4:30 p.m., Mountain Time, on September 15, 2025,** for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **U.S. Bank N.A.,** the holder of a **Class 6** claim against the Debtor in the amount of **$89,000.00,** as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 9|4|25

2

Print or type name: _Jessica Buehler_

Signature: _Jessica Buehler_

Title (if corporation or partnership): _Loss Mitigation Specialist_

Address:

_1310 Madrid St_

_Marshall, MN 56258_

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED**

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1



than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **U.S. Bank N.A.,** the holder of a **Class 20** claim against the Debtor in the amount of **$98,195.02,** as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: 9|4|25

2

Print or type name: _Jessica Buehler_

Signature: _Jessica Buehler_

Title (if corporation or partnership): _Loss Mitigation Specialist_

Address:

_1310 Madrid St_
_Marshall, MN 56258_

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

### BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
### DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by Diaz and Larsen, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Financial Pacific Leasing, Inc.-Umpqua**, the holder of a **Class 4** claim against the Debtor in the amount of **$2,452.34**, as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: September 14, 2025

2

Print or type name: ___David H. Leigh_____

Signature: _____

Title (if corporation or partnership): Legal Counsel for Claimant

Address:   Ray Quinney & Nebeker P.C.
           36 South State Street, Suite 1400
           Salt Lake City, Utah 84111

**Financial Pacific Leasing, Inc.**
3455 S. 344th Way, Suite 300
Federal Way, Washington 98001

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

3

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1

than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Financial Pacific Leasing, Inc.-Umpqua**, the holder of a **Class 5** claim against the Debtor in the amount of $10,000.00_____, as of the Petition Date,

[x] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: September 14, 2025

2

Print or type name: ___David H. Leigh___

Signature: _____

Title (if corporation or partnership): __Legal Counsel for Claimant__

Address:   Ray Quinney & Nebeker P.C.
           36 South State Street, Suit 1400
           Salt Lake City, Utah 84111

**Financial Pacific Leasing, Inc.**
3455 S. 344th Way, Suite 300
Federal Way, Washington 98001

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS**.

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1



than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Financial Pacific Leasing-Allegiant** the holder of a **Class 9** claim against the Debtor in the amount of $ 27,000.00          , as of the Petition Date,

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: September 14, 2025

Print or type name: __David H. Leigh_____

Signature: ~~~~~~~~~~~~~~~~~~

Title (if corporation or partnership): __Legal Counsel for Claimant__

Address: Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

**Financial Pacific Leasing, Inc.**
3455 S. 344th Way, Suite 300
Federal Way, Washington 98001

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS**.

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Hon. Peggy Hunt |

BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION
DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

**You should review the Plan before you vote. You may wish to seek legal advice**

**concerning the Plan and your classification and treatment under the Plan. Your claim has**

**been placed in a specific class under the Plan. If you hold claims or equity interest in more**

1



than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Financial Pacific Leasing-Allegiant** the holder of a **Class 20** claim against the Debtor in the amount of $17,269.81_____, as of the Petition Date,


[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: September 14, 2025

Print or type name: __David H. Leigh__

Signature: _____

Title (if corporation or partnership): __Legal Counsel for Claimant__

Address:  Ray Quinney & Nebeker P.C.
          36 South State Street, Suite 1400
          Salt Lake City, Utah 84111

**Financial Pacific Leasing, Inc.**
3455 S. 344th Way, Suite 300
Federal Way, Washington 98001

**RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:**

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

**WITH A COPY TO:**

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

George W. Pratt (USB # 2642)
**BUCHALTER,**
**A Professional Corporation**
60 E. South Temple, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 401-8625
Email: gpratt@buchalter.com

*Attorneys for Blue Bridge Financial, Inc.*

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>IVESTER'S TREE & LAWN, LLC<br><br>Debtor. | Bankruptcy Case No. 25-21998<br>Chapter 11 (Under SubChapter V)<br><br>Honorable Peggy Hunt |

## BALLOT OF BLUE BRIDGE FINANCIAL, INC. REJECTING DEBTOR'S PLAN OF REORGANIZATION

Blue Bridge Financial, Inc. ("**Blue Bridge**") holds an allowed unsecured claim against

the Debtor in the amount of $95,432.80. Blue Bridge's Proof of Claim was filed with the Court

as a secured claim on April 28 2025, in the amount of $205,432.80. Blue Bridge and the Debtor

have subsequently stipulated that Blue Bridge's collateral has a value of $110,000. *See* Joint

Motion to Approve Stipulation for Adequate Protection Payments as to Blue Bridge Financial,

Inc. filed July 14, 2025, p. 2. Accordingly, pursuant to § 506(a)(1) of the Bankruptcy Code, Blue

Bridge holds an unsecured claim in the amount of $95,432.80.

Blue Bridge's unsecured claim is treated in Class 20 at Section 4.21, of the Debtor's Plan.

Blue Bridge Financial, Inc. hereby *rejects* the Plan.

1

(12)

DATED this 15th day of September 2025.

**BUCHALTER,**
**A Professional Corporation**

By: /s/ George W. Pratt

    George W. Pratt
    *Attorneys for Blue Bridge Financial, Inc.*

BN 93778754v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2025, I caused the foregoing BALLOT OF

BLUE BRIDGE FINANCIAL, INC. REJECTING DEBTOR'S PLAN OF REORGANIZATION with the Court's

CM/ECF filing system, which in turn caused the document to be served on all counsel of record.


*/s/ George W. Pratt*
George W. Pratt

BN 93778754v1

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re: IVESTER'S TREE & LAWN, LLC<br>HC 65 Box 215<br>Duchesne, UT 84021 | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY |
| Debtor in Possession. | Judge Peggy Hunt |

## BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION DATED JULY 14, 2025, AS MODIFIED

The Debtor and Debtor in Possession, Ivester's Tree and Lawn, LLC (the "Debtor"), by

and through its counsel of record in the above-captioned bankruptcy case filed a proposed Plan

of Reorganization Dated July 14, 2025, as Modified (the "Plan"). If you do not have a copy of

the Plan, you may obtain a copy from counsel for the Debtor, Andres Diaz and Timothy L.

Larsen at **DIAZ AND LARSEN** 757 East South Temple, Suite 201, Salt Lake City, UT 84102,

Telephone: (801)596-1661 Fax: (801) 359-6803.

1

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in a specific class under the Plan. If you hold claims or equity interest in more than one class, you will receive a ballot for each class in which you are entitled to vote.

Your ballot must be received by DIAZ AND LARSEN, 757 East South Temple, Suite 201, Salt Lake City, UT 84102, on or before 4:30 p.m., Mountain Time, on September 15, 2025, for your ballot to count. If you do not vote, however, the Court may deem your failure to vote as an acceptance of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding upon you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

Please be advised that the proposed Plan can be confirmed by the Bankruptcy Court and thereby made binding upon you if it is accepted by: (a) the holders (other than those designated or solicited "not in good faith") of two-thirds (2/3) in amount and more than one-half (1/2) in number of the claims in each class who actually vote; and (b) the holders (other than those designate or solicited "not in good faith") of two-thirds (2/3) in amount of equity security interests in each class who actually vote.

Even if the requisite acceptances are not obtained, the Court may confirm the proposed Plan if the Court finds that the proposed Plan accords to the class rejecting it "fair and equitable treatment" as that term is used in the context of Section 1191(c) of the Bankruptcy Code.

The undersigned, **Christopher Ivester**, the holder of a **Class 21** interest in the Debtor

2

[X] ACCEPTS THE PLAN
[ ] REJECTS THE PLAN

Dated: September 15, 2025

Print or type name: Christopher Ivester

Signature:

Title (if corporation or partnership): Member

Address: HC 65 Box 215
Duchesne, UT 84021

## RETURN THE ORIGINAL OF THIS BALLOT (INCLUDING ALL PAGES THEREOF) TO:

Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803

### WITH A COPY TO:

**United States Trustee's Office**
Attn: Melinda Willden
405 South Main Street, Suite 300
Salt Lake City, UT 84111

**Brian M. Rothschild (Subchapter V Trustee)**

3

Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111

**AND KEEP A COPY FOR YOUR RECORDS.**

Label Matrix for local noticing
1088-2
Case 25-21998
District of Utah
Salt Lake City
Fri Sep 19 11:33:54 MDT 2025

AP Equipment Financing/Allegiant Partners In
PO Box 208561
Dallas TX 75320-8561

Allegiant
PO Box 208561
Dallas, TX 75320-8561

Amur
304 W 3rd St
Grand Island, NE 68801-5941

Amur
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68802-2555

Blue Bridge
11921 Freedom Drive, Ste. 1130
Reston, VA 20190-6225

Blue Bridge Financial, Inc.
11921 Freedom Dr
Suite 1130
Reston, VA 20190-6225

Carquest Auto Parts
25 East Hwy 40
Roosevelt, UT 84066-3252

Christopher Ivester
5161 S Hwy 87
HC 65 Box 215
Duchesne, UT 84021-9601

Angela Jean Clifford
111 S. Main Street, 18th Floor
Salt Lake City, UT 84111-2176

Comenity
PO Box 650967
Dallas, TX 75265-0967

P. Matthew Cox
Spencer Fane LLP
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Crescent Uinta, LLC
Attn. NEU Land Department
633 North State Hwy 161, Suite 500
Irving, TX 75038

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Bret R Evans
Snell & Wilmer, L.L.P.
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

FIRST CITIZENS BANK & TRUST COMPANY
c/o Weltman, Weinberg & Reis Co LPA
5990 West Creek Rd. Ste 200
Independence, OH 44131-2191

L. Mark Ferre
2150 South 1300 East
Suite 120
Salt Lake City, UT 84106-4435

Financial Pacific Leasing, Inc.
c/o David H. Leigh
Ray Quinney & Nebeker, P.C.
36 South State
Suite 1400
Salt Lake City, UT 84111-1451

Financial Pacific Leasing, Inc.
3455 South 344th Way, Suite 300
Federal Way, WA 98001-9546

Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98063-4568

Financial Pacific Leasing, Inc.
c/o David H. Leigh
RAY QUINNEY & NEBEKER P.C.
36 South State St., Ste. 1400
Salt Lake City, UT 84111-1451

First Citizens
10201 Centurion Parkway
Jacksonville, FL 32256-0541

First Citizens
10201 Centurion Parkway N
Jacksonville, FL 32256-0541

First Citizens
11201 Centurion Parkway
Jacksonville, FL 32256

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ivester's Tree & Lawn, LLC
HC 65 Box 215
Duchesne, UT 84021-9601

Kubota
3600 S Gessner Road, Ste. 225
Houston, TX 77063-5357

Kubota
3800 S Gessner Road, Ste. 225
Houston, TX 77063

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Lease Consultants Corporation
PO Box 71397
Des Moines, IA 50325-0397

David H. Leigh
Ray Quinney Nebeker P.C.
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Mountain America Credit Union
Attn: Asset Management/Bankruptcy
PO Box 2331
Sandy, UT 84091-2331

Ninigret Depot LLC
1700 South 4650 West
Salt Lake City, UT 84104-5310

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054-1201

(p)ZIONS BANCORPORATION
P O BOX 30709 UT ZB11 0877
SALT LAKE CITY UT 84130-0709

George W. Pratt
Buchalter, A Professional Corporation
60 E. South Temple
Ste 1200
Salt Lake City, UT 84111-1028

Progressive Insurance
300 N Commons Blvd.
Cleveland, OH 44143-1589

Rhinehart Oil
Parkland USA Corp
PO Box 913504
Denver, CO 80291-3504

Ritchie Bros.
2 Westbrook Corporate Center
10th Floor
Westchester, IL 60154-5702

Brian M. Rothschild tr
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111-2218

SITLA
Adam Robison
319 Carbonville Road
Price, UT 84501-2300

The Huntington National Bank
C/O Eudora Arthur
555 Fayetteville St, Suite 1100
Raleigh NC 27601-3034

U.S. Bank NA dba U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4003

U.S. Forest Service
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2174

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

USFS
Wes McPhie
355 North Vernal Avenue
Vernal, UT 84078-1703

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Umpqua
3455 S 344th Way, Ste 300
Auburn, WA 98001-9546

United States Forest Service
United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2174

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah State Tax Commission
c/o 160 E. 300 So. 5th Floor
PO Box 140874
Salt Lake City, UT 84114-0874

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Aaron M. Waite
Office of Utah Attorney General
160 E 300 S, Fifth Floor
Salt Lake City, UT 84114

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Zions Bancorporation, N.A. dba Zions First N
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130-0709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS Special Procedures
50 S. 200 East
Mail Stop 5021
Salt Lake City, UT 84111

Kami L. Peterson
PO Box 30709
Salt Lake City, UT 84130

US Bank
17650 NE Sandy Blvd
Portland, OR 97230


(d)Zions First National Bank
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)First Citizens
10201 Centurion Pkwy
Jacksonville, FL 32256-0541

(u)First Citizens Bank & Trust Company

(u)Kubota Credit Corporation


(d)Brian M. Rothschild tr
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111-2218

(u)U.S. Bank National Association d/b/a U.S.

(d)Umpqua
3455 S 344th Way, Ste. 300
Auburn, WA 98001-9546


End of Label Matrix
Mailable recipients    57
Bypassed recipients     6
Total                  63