Andres Diaz (A4309)
Timothy J. Larsen (A10263)
**DIAZ & LARSEN**
757 East South Temple, Suite 201
Salt Lake City, UT 84102
Telephone: (801) 596-1661
Fax: (801) 359-6803
Email: courtmail@adexpresslaw.com
*Attorneys for the Reorganized Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>IVESTER'S TREE & LAWN, LLC<br><br><br><br><br><br>Debtor in Possession. | Bankruptcy No. 25-21998<br>Chapter 11 (Subchapter V)<br><br>Trustee (Brian M. Rothschild)<br><br>FILED ELECTRONICALLY<br><br><br>Hon. Peggy Hunt |

NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF THE DEBTOR'S CONFIRMED
PLAN OF REORGANIZATION DATED JULY 14, 2025, AS MODIFIED

The Reorganized Debtor, Ivester's Tree & Lawn, LLC. (the "Debtor"), by and through

counsel, Diaz & Larsen ("D&L"), submits this **NOTICE** pursuant to Paragraph 2 of the Order

Confirming the Debtor's Plan of Reorganization Dated July 14, 2025, as Modified (the

"Confirmation Order") and states as follows:

1.    The Debtor filed its voluntary petition for relief under Subchapter V of Chapter

11 of the Bankruptcy Code on April 11, 2025.

2.    On October 14, 2025, the Court **entered** the Confirmation Order in which it

confirmed the Debtor's Plan of Reorganization dated July 14, 2025, As Modified (the

"Confirmed Plan").

1

3.      Pursuant to paragraphs 1.07, 1.08, and 1.12 of the Confirmed Plan, the Effective

Date of the Confirmed Plan was November 27, 2025.

RESPECTFULLY SUBMITTED this 2th day of December 2025.


**DIAZ & LARSEN**

By:  /s/ Andres Diaz
Attorneys for the Reorganized Debtor


CERTIFICATE OF SERVICE


Under penalty of perjury, I hereby certify that on this 2nd day of December 2025, I mailed, postage

prepaid, a true and correct copy of this NOTICE to all parties listed on the matrix attached to the original

only of this Notice.



   /s/ Timothy Larsen

Label Matrix for local noticing
1088-2
Case 25-21998
District of Utah
Salt Lake City
Tue Dec  2 12:24:38 MST 2025

AP Equipment Financing/Allegiant Partners In
PO Box 208561
Dallas TX 75320-8561

Allegiant
PO Box 208561
Dallas, TX 75320-8561

Amur
304 W 3rd St
Grand Island, NE 68801-5941

Amur
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68802-2555

Blue Bridge
11921 Freedom Drive, Ste. 1130
Reston, VA 20190-6225

Blue Bridge Financial, Inc.
11921 Freedom Dr
Suite 1130
Reston, VA 20190-6225

Carquest Auto Parts
25 East Hwy 40
Roosevelt, UT 84066-3252

Christopher Ivester
5161 S Hwy 87
HC 65 Box 215
Duchesne, UT 84021-9601

Angela Jean Clifford
111 S. Main Street, 18th Floor
Salt Lake City, UT 84111-2176

Comenity
PO Box 650967
Dallas, TX 75265-0967

P. Matthew Cox
Spencer Fane LLP
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84145-5000

Crescent Uinta, LLC
Attn. NEU Land Department
633 North State Hwy 161, Suite 500
Irving, TX 75038

Andres' Diaz
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Bret R Evans
Snell & Wilmer, L.L.P.
15 W. South Temple
Suite 1200
Salt Lake City, UT 84101-1547

FIRST CITIZENS BANK & TRUST COMPANY
c/o Weltman, Weinberg & Reis Co LPA
5990 West Creek Rd. Ste 200
Independence, OH 44131-2191

L. Mark Ferre
2150 South 1300 East
Suite 120
Salt Lake City, UT 84106-4435

Financial Pacific Leasing, Inc.
c/o David H. Leigh
Ray Quinney & Nebeker, P.C.
36 South State
Suite 1400
Salt Lake City, UT 84111-1451

Financial Pacific Leasing, Inc.
3455 South 344th Way, Suite 300
Federal Way, WA 98001-9546

Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way, WA 98063-4568

Financial Pacific Leasing, Inc.
c/o David H. Leigh
RAY QUINNEY & NEBEKER P.C.
36 South State St., Ste. 1400
Salt Lake City, UT 84111-1451

First Citizens
10201 Centurion Parkway
Jacksonville, FL 32256-0541

First Citizens
10201 Centurion Parkway N
Jacksonville, FL 32256-0541

First Citizens
11201 Centurion Parkway
Jacksonville, FL 32256

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ivester's Tree & Lawn, LLC
HC 65 Box 215
Duchesne, UT 84021-9601

Kubota
3600 S Gessner Road, Ste. 225
Houston, TX 77063-5357

Kubota
3800 S Gessner Road, Ste. 225
Houston, TX 77063

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

Timothy J. Larsen
Diaz & Larsen
757 East South Temple
Suite 201
Salt Lake City, UT 84102-1226

Lease Consultants Corporation
PO Box 71397
Des Moines, IA 50325-0397

David H. Leigh
Ray Quinney Nebeker P.C.
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054-1727

Mountain America Credit Union
Attn: Asset Management/Bankruptcy
PO Box 2331
Sandy, UT 84091-2331

Ninigret Depot LLC
1700 South 4650 West
Salt Lake City, UT 84104-5310

PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054-1201

(p)ZIONS BANCORPORATION
P O BOX 30709 UT ZB11 0877
SALT LAKE CITY UT 84130-0709

George W. Pratt
Buchalter, A Professional Corporation
60 E. South Temple
Ste 1200
Salt Lake City, UT 84111-1028

Progressive Insurance
300 N Commons Blvd.
Cleveland, OH 44143-1589

Rhinehart Oil
Parkland USA Corp
PO Box 913504
Denver, CO 80291-3504

Ritchie Bros.
2 Westbrook Corporate Center
10th Floor
Westchester, IL 60154-5702

Brian M. Rothschild tr
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111-2218

SITLA
Adam Robison
319 Carbonville Road
Price, UT 84501-2300

The Huntington National Bank
C/O Eudora Arthur
555 Fayetteville St, Suite 1100
Raleigh NC 27601-3034

U.S. Bank NA dba U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258-4003

U.S. Forest Service
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2174

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

USFS
Wes McPhie
355 North Vernal Avenue
Vernal, UT 84078-1703

Uline
12575 Uline Drive
Pleasant Prairie WI 53158-3686

Umpqua
3455 S 344th Way, Ste 300
Auburn, WA 98001-9546

United States Forest Service
United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2174

United States Trustee
Washington Federal Bank Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah State Tax Commission
c/o 160 E. 300 So. 5th Floor
PO Box 140874
Salt Lake City, UT 84114-0874

Utah State Tax Commission
Attn: Michelle Riggs
210 North 1950 West
Salt Lake City, UT 84134-9000

Aaron M. Waite
Office of Utah Attorney General
160 E 300 S, Fifth Floor
Salt Lake City, UT 84114

Melinda Willden tr
US Trustees Office
Washington Federal Bank Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Zions Bancorporation, N.A. dba Zions First N
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130-0709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS Special Procedures
50 S. 200 East
Mail Stop 5021
Salt Lake City, UT 84111

Kami L. Peterson
PO Box 30709
Salt Lake City, UT 84130

US Bank
17650 NE Sandy Blvd
Portland, OR 97230


(d)Zions First National Bank
Legal Services UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)First Citizens
10201 Centurion Pkwy
Jacksonville, FL 32256-0541

(u)First Citizens Bank & Trust Company

(u)Kubota Credit Corporation


(d)Brian M. Rothschild tr
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111-2218

(u)U.S. Bank National Association d/b/a U.S.

(d)Umpqua
3455 S 344th Way, Ste. 300
Auburn, WA 98001-9546


End of Label Matrix
Mailable recipients    57
Bypassed recipients     6
Total                  63